UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE FAMILY
COURT IN JERUSALEM, ISRAEL
IN THE MATTER OF MARLENE LYNN        1:21-MC-50
MAZEL HERSKOWITZ V. ELLIOT
HERSKOWITZ REF. NO. 25524-11-13
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                          OF COUNSEL:

HON. CARLA B. FREEDMAN                THOMAS SPINA, JR., ESQ.
United States Attorney for the        Assistant United States Attorney
   Northern District of New York
445 Broadway, Room 218
Albany, New York 12207

DAVID N. HURD
United States District Judge

## *EX PARTE* ORDER

On October 29, 2021, the United States moved under 28 U.S.C. § 1782 to obtain information from the Utica National Insurance Group on behalf of the Family Court in Jerusalem, Israel, for use in connection with a judicial proceeding before that court.

The Court has reviewed the Israeli Family Court's Letter of Request issued in *Marlene Lynn Mazel Herskowitz v. Elliot Herskowitz*, Foreign Reference Number 25524-11-13. That Letter of Request seeks evidence from individuals or entities who may be found within the jurisdiction of this Court

for use in Israel, and the Court is fully informed of its terms. At the conclusion of that review, the United States' motion must be granted.

Therefore, it is

ORDERED that

1. Thomas Spina Jr., Assistant United States Attorney for the Northern District of New York, is appointed Commissioner of this Court for the purpose of obtaining by subpoena the requested evidence from the Utica National Insurance Group for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the Israeli Family Court in Jerusalem, Israel in *Marlene Lynn Mazel Herskowitz v. Elliot Herskowitz*, Foreign Reference Number 25524-11-13;

2. Thomas Spina Jr., Assistant United States Attorney for the Northern District of New York, is also empowered to do all else that may be necessary to obtain the requested evidence from the Utica National Insurance Group; and

3. The United States Attorney's Office shall provide the Utica National Insurance Group in New Hartford, New York, with a copy of this Order and the accompanying documents.

IT IS SO ORDERED.

Dated: November 3, 2021
       Utica, New York.

_____
David N. Hurd
U.S. District Judge